United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROBERT F. STRANGE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CASE NO. 4:19-CV-2510** |
| § | |
| **WELLS FARGO BANK, N.A.,** § | |
| § | |
| **Defendant.** § | |

# FINAL JUDGMENT

Pending before the Court is Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss. (**Instrument No. 16**). For the reasons stated in this Court's Order of April 9, 2020, the Motion to Dismiss is **GRANTED** and Plaintiff's claims are **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 15th day of April, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**